UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

UNITED STATES OF AMERICA,

        Plaintiff,                            Case No. 21-cr-20610

v                                        HON. MARK A. GOLDSMITH

D-7 REGINALD SMALL

        Defendant.

_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR EXPERT SERVICES (Dkt. 215)

Before the Court is Defendant Reginald Small's unopposed motion for expert services (Dkt. 215).  Small requests that the Court authorize the services of Dr. Sami Farhat at the rate of $250 per hour up to $3,000 for a competency evaluation and report.  The Court grants Small's motion.

        SO ORDERED.

Dated: April 21, 2023                       s/Mark A. Goldsmith_____
        Detroit, Michigan                 MARK A. GOLDSMITH
                                   United States District Judge

1